ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02916-MHP

Hewson v. Intel Corporation  
Assigned to: Hon. Marilyn H. Patel  
Cause: 28:1331 Fed. Question  

Date Filed: 07/18/2005  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**Patrick J. Hewson** represented by **Juden Justice Reed**  
Schubert & Reed LLP  
Three Embarcadero Center  
Suite 1650  
San Francisco, CA 94111  
415/788-4220  
Fax: (415) 788-4220  
Email: jreed@schubert-reed.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Robert C. Schubert**  
Schubert & Reed LLP  
Three Embarcadero Center  
Suite 1650  
San Francisco, CA 94111  
415-788-4220  
Email: rschubert@schubert-reed.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Peter E. Borkon**  
Schubert & Reed LLP  
Two Embarcadero Center  
Suite 1660  
San Francisco, CA 94111  
415-788-4220  
Fax: 415-788-0161  
Email: pborkon@schubert-reed.com  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Intel Corporation**  
*a Delaware corporation*  

represented by **Joy K. Fuyuno**  
Bingham McCutchen LLP

Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Leah Castella**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2842
Email: lcastella@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2005 | 1 | COMPLAINT-Antitrust, 28: USC 1331, against defendant Intel Corporation ( Filing fee $ 250, receipt number 3374566.). Filed by defendantPatrick J. Hewson. (db, COURT STAFF) (Filed on 7/18/2005) Jury Trial Demand. Summons Issued Additional attachment(s) added on 10/20/2005 (gba, COURT STAFF). (Entered: 07/19/2005) |
| 07/18/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/14/2005. Case Management Conference set for 11/18/2005 10:00 AM.. Signed by Judge Samuel Conti on 7/18/05. (Attachments: # 1 Standing Order)(db, COURT STAFF) (Filed on 7/18/2005) (Entered: 07/19/2005) |
| 07/18/2005 |   | CASE DESIGNATED for Electronic Filing. (db, COURT STAFF) (Filed on 7/18/2005) (Entered: 07/19/2005) |
| 07/27/2005 | 3 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 4 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 10/20/2005 | 5 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Complaint. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 11/16/2005 | 6 | STIPULATION *and [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO* |

| | | |
|---|---|---|
| | | *28 U.S.C. Section 1407* by Intel Corporation. (Castella, J.) (Filed on 11/16/2005) (Entered: 11/16/2005) |
| 11/17/2005 | 7 | STIPULATION AND ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/17/2005. (awb, COURT-STAFF) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 11/17/2005 | 8 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 9 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 10 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 11 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2006 07:38:35 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02916-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |