```
                     UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


                              )
                              )
PATRICK J. HEWSON             )
         Plaintiff(s)         )
                              )         C 05-02916 SC
    -v-                       )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
INTEL CORPORATION             ) CONFERENCE
         Defendant(s)         )
_____)
```

   IT IS HEREBY ORDERED that this action is assigned to the
Honorable Samuel Conti.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

   IT IS FURTHER ORDERED that this action is assigned to the
Alternative Dispute Resolution (ADR) Multi-Option Program governed
by ADR Local Rule 3.  Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."


          CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

```
Date       Event                                       Governing Rule
-----------------------------------------------------------------------
07/18/2005 Complaint filed

10/28/2005 Last day to meet and confer re initial      FRCivP 26(f)
           disclosures, early settlement, ADR process  & ADR LR 3-5
           selection, and discovery plan

10/28/2005 Last day to file Joint ADR Certification    Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

11/14/2005 Last day to complete initial disclosures    FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,    Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

11/18/2005 Case Management Conference in
           Ctrm 1, 17th Floor, SF at 10:00 AM          Civil L.R. 16-10
```