FILED
JUL 2 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

<u>C 05-03028</u>  WDB   Trotter-Vogel Realty, Inc. -v- Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02669 MHP</u>   Lipton et al v. Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02699 JL</u>   Prohias v. Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02700 MHP</u>   Konieczka, et al v. Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02720 JCS</u>   Niehaus v. Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02721 JCS</u>   Hamilton v. Intel Corporation
I find that the above case is related to the case assigned to me.

<u>C 05-02743 SC</u>   Brauch et al v. Intel Corporation
I find that the above case is related to the case assigned to me.

C 05-02758 EMC        Baxley v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02813 JL         Frazier et al v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02818 JL         Dickerson v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02823 EDL        The Harman Press v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02830 EDL        Shanghai 1930 Restaurant Partners, L.P. v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02831 EDL        Major League Softball, Inc. V. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02834 MHP        Allanoff v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02858 EDL        Law Offices of Laurel Stanley et al v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02859 WHA        Lazio Family Products, v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

-2-

C 05-02882 MEJ    Walker v. Intel Corporation

I find that the above case is related to the case assigned to me. _/s/_


C 05-02897 EDL    Stoltz v. Intel Corporation

I find that the above case is related to the case assigned to me. _/s/_


C 05-02898 JCS    Naigow v. Intel Corporation

I find that the above case is related to the case assigned to me. _/s/_


C 05-02916 SC     Hewson v. Intel Corporation

I find that the above case is related to the case assigned to me. _/s/_


C 05-02957 MEJ    Lang v. Intel Corporation

I find that the above case is related to the case assigned to me. _/s/_

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 7/27/05            _/s/_
                          Judge Marilyn H. Patel

Dated:_____       _____

-3-

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 7/27/05

By: /s/ Anthony W. Bowser
Deputy Clerk

-6-