```
1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HEWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2916-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

WHEREAS, on July 18, 2005, Plaintiff filed the instant action in the Northern District of California ("Hewson Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Hewson Action has been identified as a related action subject to that motion;

Case No. C 05-2916 (MHP)

---

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2

1   WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2   relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3   all dates, events and deadlines in the action;
4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5   WHEREAS, the outcome of the MDL Motion may have a significant impact the
6   schedule of this case;
7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Plaintiff Hewson, and counsel for Defendant Intel Corporation, that
9   any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12  applicable to this case should be stayed pending the outcome of the aforementioned MDL
13  Motion; and
14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.
19  IT IS HEREBY STIPULATED.
20  Dated: November 3, 2005         SCHUBERT & REED LLP

By: /s/ Peter E. Borkon
Peter E. Borkon
Attorneys for Plaintiff
Patrick Hewson

2                    Case No. C 05-2916 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2

| | | |
|---|---|---|
| 1 | Dated: November 16, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant |
| 5 | | Intel Corporation |

3

Case No. C 05-2916 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2

## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Dated: 11/17/2005

Honorable
United States [Judge]
Judge Marilyn H. Patel

Case No. C 05-2916 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

SF/21642106.2