OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 17, 2006

TO: Counsel of Record (See attached)

RE: <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

    This is to advise you that a certified copy of the Conditional Multi-District Transfer Order was docketed in this court on 12/6/05.

    The following action has been transferred to the District of Delaware:

<u>Hewson. v. Intel Corp.</u>, C.A. No. 05-2916
USDC Delaware's civil action number 05-902 JJF

    The name and address of the Judge to whom this case has been assigned in this court is:

        The Honorable Joseph J. Farnan, Jr.
        United States Judge
        District of Delaware
        844 N. King St., Lockbox 27
        Wilmington, DE 19801

    Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the
bar of this Court, will register for ECF on a case-by-case basis.  Enclosed with this letter is a
Registration Form.  An original signed registration form should be submitted to the Clerk's
Office to request an ECF account.  After verification, a user ID and password will be provided.
Registration will be valid for electronic filing and noticing in this case only.

    Additionally, a copy of the District of Delaware's Local Rules is available on our website
at: www.ded.uscourts.gov.

    Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                              Sincerely,
                              PETER T. DALLEO, CLERK


                              __/s/_____
                              Monica Mosley
                              Deputy Clerk

cc:    Honorable Joseph J. Farnan, Jr.
        Counsel on Attached Mailing List for 05-902 JJF